# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| United States of America, | |
|---|---|
| Plaintiff, | Case No.: 25-mj-00704-MTS-1 |
| vs. | **WAIVER OF A PRELIMINARY HEARING** |
| Christien Lafrance, | |
| Defendant(s). | |

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/19/2025

_____
Defendant

_____
Attorney for Defendant