# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.

Christien Valere Lafrance,

Defendant(s).

Case No.:    25-cr-334-JDR
Date:         9/10/2025
Court Time:  11:10 a.m. – 11:10 a.m.

**MINUTE SHEET – STATUS/SCHEDULING CONF**

John D. Russell, U.S. District Judge          C. Butler, Deputy Clerk          Jennifer Golemboski,          CR 1
Reporter

Counsel for Plaintiff:    Adam McConney
Counsel for Defendant:  Terry Lee Weber                        , Appt.

**MINUTES**:  Case called for status/scheduling conference.  Defendant present and in custody.   The Court and the parties discussed the scope and status of discovery.  Discovery has mostly been produced.  Cell phone extraction should be received by the end of the week.  Discovery includes reports, body cam footage, recorded interviews, and lab reports.

After discussion with counsel, the following deadlines were set:

| | |
|---|---|
| **Discovery:** | **9/19/25** |
| **Notices:** | **9/24/25; Rebuttal notices – 10/1/25** |
| **Motions:** | **10/1/25** |
| **Motion Hearing:** | **10/27/25 at 10:30 a.m.** |
| **Jury Trial:** | **11/10/25 at 9:00 a.m.** |

Additionally, the parties should become familiar with the Individual Rules of Practice for Criminal Cases, found on the chambers web page.

Defendant remanded to the custody of the USM.