# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, vs. Christien Valere Lafrance, Defendant(s). | Case No.: 25-cr-334-JDR<br>Date: 9/11/2025<br>Court Time: 2:00 p.m.<br>**MINUTE SHEET – ARRAIGNMENT** |

Christine D. Little, U.S. Magistrate Judge     T. Calico, Deputy Clerk     Magistrate Courtroom 1

Counsel for Plaintiff: Adam David McConney
Counsel for Defendant: Terry Lee Weber, Appt.
Interpreter: _____     ☐ sworn

Defendant appears in person for Arraignment on:  ☐ Indictment;  ☒ Information;  ☐ Complaint;
☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☒ Defendant acknowledges receipt of Information     Indictment:  ☐ Read;  ☒ Reading waived;
☒ Defendant advised of charge;
Defendant's name as reflected in the Information;
  ☐ Verified in open court as the true and correct legal name
  ☒ Corrected by interlineation to __Christien Valere Lafrance__
    to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court as the true and correct legal name: ☐ U.S. Attorney; ☐ Deft's Att. to verify and advise court;
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea     ☒ Schedule to be entered;
Defendant waives:  ☒ Indictment;  ☐ Detention Hearing;  ☐ Separate Representation  ☒ Waivers approved by Court;
☐ Arraignment continued to: _____ at _____
☐ Detention Hearing scheduled: _____ at _____
☐ Defendant allowed to stand on present bond;     ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____
_____
_____
_____
_____

Arraignment on Felony Information                                              (7/2021)