NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | |
| vs. | | Case No.: 25-cr-334-JDR |
| Christien Valere Lafrance, | | **WAIVER OF INDICTMENT** |
| | Defendant. | |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/11/2025

_____
Christien Valere Lafrance, Defendant

_____
Attorney for Defendant

_____
Christine D. Little, U.S. Magistrate Judge

Arraignment on Felony Information                                                                                (7/2021)